Dismissed and Memorandum Opinion filed February 26, 2009








Dismissed
and Memorandum Opinion filed February 26, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00587-CV

____________

 

NATHAN E. LISH, ET AL., Appellants

 

V.

 

DEUTSCHE BANK NATIONAL TRUST, ET AL., Appellees

 

 



 

On Appeal from County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 918319

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 30, 2008.  The clerk=s record was filed on July 25, 2008. 
No reporter=s record was filed.  No brief was filed.

On
January 8, 2009, this Court issued an order stating that unless appellant
submitted his brief, together with a motion reasonably explaining why the brief
was late, on or before February 9, 2009, the Court would dismiss the appeal for
want of prosecution.  See Tex. R.
App. P. 42.3(b).








Appellant filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Frost, Brown, and Boyce.